No. 536. ST. JOE PAPER CO. ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.;

No. 544. CONN ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.;

No. 552. LYNCH ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO.; and

No. 573. ATLANTIC COAST LINE RAILROAD CO. *v.* ST. JOE PAPER CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *William D. Mitchell, Edward E. Watts, Jr.* and *Dinsmore Adams* for petitioners in No. 536 and the St. Joe Paper Co. et al., respondents in No. 573. *Henry P. Adair, Fred H. Kent* and *Donald Russell* for the DuPont Trustees et al., and *Giles J. Patterson* and *John R. Turney* for the St. Joe Paper Co., petitioners in No. 536 and respondents in No. 573. *Clifton S. Thomson* and *Chester Bedell* for Aird et al., *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for the Railway Labor Executives' Association, *Harold J. Gallagher, Walter H. Brown, Jr.* and *James B. McDonough, Jr.* for the Seaboard Air Line Railroad Co., and *Sidney S. Alderman* and *Henry L. Walker* for the Southern Railway System et al., petitioners in No. 536. *Howard P. Macfarlane* and *George W. Erickson* for Conn et al., and *Miller Walton* for Welbon et al., petitioners in No. 544. *J. Turner Butler, John T. G. Crawford* and *Willard P. Scott* for petitioners in No. 552. *Edward W. Bourne, Charles Cook Howell, Charles Cook Howell, Jr.* and *Richard B. Gwathmey* for the Atlantic Coast Line Railroad Co. Reported below: 216 F. 2d 832.